■ In the Matter of Nelson R., a Person Alleged to be a Juvenile Delinquent, Appellant. [933 NYS2d 552]—

The court properly denied appellant's suppression motion. There is no basis for disturbing the court's credibility determinations. The officer's testimony established a lawful seizure under the plain view doctrine, and we do not find that testimony to be implausible or unworthy of belief. Concur—Tom, J.P., Andrias, Catterson, Abdus-Salaam and Román, JJ.